UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.

MINDY EASTERWOOD,

    Plaintiff

v.

CARNIVAL CORPORATION,

    Defendant
_____/

## COMPLAINT AND ACTION FOR DAMAGES FOR MARITIME NEGLIGENCE LIABILITY

COMES NOW, the Plaintiff Mindy Easterwood and files this as her Complaint and Action for Damages for Maritime Negligence.  As grounds it is alleged:

1.  This is an action for damages for Maritime Negligence under which there is diversity of citizenship jurisdiction allowed by 28 U.S.C. Sec. 1332 et. seq

2.  The Plaintiff Mindy Easterwood is a citizen and resident of Cedartown, Georgia, over the age of 18 and sui juris in all respects.

3.  Carnival Corporation is located in Miami-Dade County, Florida as its principal place of business.  It is a citizen of the State of Florida.

4.  Pursuant to the Carnival Cruise Corp. ticket the Plaintiff is required to and has filed this action within Miami Dade County, Florida where venue properly lies as it is the primary headquarters of Carnival Cruise Corp.

### Sequence of Events

5.  Mindy Easterwood and her husband Craig Easterwood purchased a cruise passage ticket from Tampa, Florida through the Caribbean and returning to Tampa,

Florida. The Easterwoods sailed on the Carnival ship bearing the name Paradise which left Tampa, Florida on June 3, 2019 and returned to Tampa, Florida on June 8, 2019.

### Duty

6. Carnival Cruise Corp. and its crew on the ship Carnival Paradise, had the duty to cater to and to protect Mindy Easterwood from latent and/or unseen fall hazzards.

7. Carnival Cruise Corp. had the experience as a cruise line to focus upon and locate potential fall hazards, areas where falls may occur from unseen conditions, and to protect passengers from areas where a fall may occur while the passenger is distracted. The Defendant knew the Paradise's deck areas must be non-skid as water was common on open deck and pool areas. Paradise crew had used heavy mechanical grease, not sun tan lotion, and allowed it to smear on to the floor where it was not an open and obvious risk of fall for Mindy Easterwood.

8. Carnival Cruise Corp. and its crew have and profess to have special knowledge and experience in the area of risk management so as to protect passengers and Mindy Easterwood from injury.

### The Incident

9. On June 7, 2019, Mindy Easterwood was walking on the deck of Paradise.

10. On June 7, 2019 Mindy Easterwood stepped upon what after her fall appeared to be mechanical grease which would not have been utilized by a passenger and was such as to have been used to conduct mechanical lubrication and/or mechanical maintenance.

11. On June 7, 2019 Mindy Easterwood, through no fault of her own, had her right foot and right leg slip from under her and to drive her with catastrophic impact onto

the pool deck area.

12. The aforesaid fall would not have occurred but for the failure of crew and/or maintenance to provide a non-skid deck, keep that deck area clear of black grease and/or oil and to employ lifeguards or pool attendants to carry out frequent inspections so as to warn of slippery areas, and remove grease and oil.

### Proximate Cause

13. Mindy Easterwood would not have fallen on the Carnival Paradise on June 7, 2019 but for crew and/or maintenance breaching its above duties of care, leaving heavy black grease or oil on the pool deck area and failing to provide a non skid deck where lubricants were likely to cause falls. It was that failure to use the care of a reasonable prudent crew member, life guard, risk manager, or maintenance crew which was the proximate cause of Plaintiff's injuries.

### Damages

14. As a further and direct result of the failure to use due care Mindy Easterwood sustained the following injuries, damages and claims:

    A. Frontal and lateral x rays of the right knee shows a dense transverse comminuted fracture of the mid to lower pole of the patella with up to 3.8 centimeters displacement between fracture fragments; patella fracture.

    B. Exceptional pain and suffering while completing her cruise;

    C. Temporary total disability;

    D. Permanent partial disability;

    E. Loss of wages and wage earning capacity;

    F. Health care expenses, orthopedic appliance expenses, occupational

therapy, Medical and surgical including physical therapy expenses in the past, present and future;

      G.    Pain and suffering and mental anguish in the past, present and future;

15. Mindy Easterwood would not have sustained the above injuries but for the breach of duties described above and negligence of Defendant in providing safe deck areas where a higher level of care was necessary to avoid injury to passengers.

Wherefore the Plaintiff prays for jury trial, damages, court costs, medical expenses in the past, present and future, wage loss in the past present and future, mental anguish and pain and suffering in the past, present and future and temporary disability with permanent residual disability to the right leg and right lower extremity.

      By:    s/John R. Sutton
            SUTTON LAW GROUP, PA
            JOHN R. SUTTON, ESQ.
            Florida Bar #: 149411
            Attorneys for Plaintiff
            7721 SW 62nd Avenue, First Floor
            South Miami, Florida 33143
            Telephone: (305) 667-4481
            Facsimile   (305) 666-0142
            E-mail:  info@suttonlawgroup.com